

| | |
|---|---|
| **From:** | confirmations@peninsulapetroleum.com |
| **Sent:** | Wednesday, September 16, 2020 10:31 AM |
| **To:** | ops@ubci.it |
| **Cc:** | Monaco; Monaco; confirmations@peninsulapetroleum.com |
| **Subject:** | Modified confirmation for Oratorio (Deal Ref. 10447634) via Barge |



Peninsula Petroleum Limited
2 Shelbourne Buildings,
Shelbourne Road, Ballsbridge , Dublin 4, Ireland,
Tel : +353 1 668 7330 Fax : +353 1 668 7331
Email : dublin@peninsulapetroleum.com
www.peninsulapetroleum.com

| | |
|---|---|
| To | United Bulk Carriers International S.R.L. |
| Attn | |
| Subject | Modified confirmation for Oratorio (Deal Ref. 10447634) via Barge |
| Date | 10th September 2020 |

## ORDER CONFIRMATION

We hereby confirm the following order:

| | |
|---|---|
| Deal Ref | 10447634 |
| Vessel | Oratorio (IMO 9687679) |
| Port | Las Palmas |
| ETA | 17th September 2020 |
| Buyer | United Bulk Carriers International S.R.L. and/or Owner and/or Master of Vessel Oratorio |
| Seller | Peninsula Petroleum Limited |
| Credit Terms | Delivery Date + 60 Days |

| Product | | Grade | Spec | Quantity | Price |
|---|---|---|---|---|---|
| | | | basis ISO 8217:2017 | | |
| | A | VLSFO | RMG380 (sulphur max 0.50%) | 200.000 MT | 295.000  USD per MT |

| | |
|---|---|
| Delivery | Barge |
| Agent | MH Bland SL (Las Palmas) |
| Additional Costs | Barging 1,500.000 USD |

Remarks

Additional Terms

a) The buyer hereby warranties and undertakes that the vessel is subject to International Maritime Navigation (when the voyage of said navigation vessel corresponds to more than the 50% of the amount of the voyages done during the period of the natural year when those operations where done) in accordance with what it is established in the present Canary IGIC regulation (Art. 12 of Law 20/91 dated 7th July of 1991, Art.148 Directive 2006/112 EC) and therefore it is exempt of IGIC Tax.

b) Please note that Peninsula Petroleum Limited's terms and conditions of sale will apply to this contract, a copy of which is available on request or can be found at www.peninsulapetroleum.com. Pursuant to Clause 17 of Peninsula Petroleum Limited's terms and conditions of sale, where Peninsula Petroleum Limited is not the Physical Supplier, the terms of the Physical Supplier are available upon request. Failure to request the terms & conditions of the physical supplier shall be taken as confirmation by the Buyer that it is aware of and accepts the terms & conditions of the Physical Supplier.

| c) | We hereby provide notice to you that we have assigned by way of security or charged by way of security to RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor of RBS Invoice Finance Limited in this role), all amounts owing or to be owed to us by you under: (a) the Contract between us and you pursuant to this order Confirmation; and (b) any other trade contracts between us and you (however described) relating to (i) bunkering and trading activities; and/or (ii) the sale, purchase and/or delivery of petroleum products), and all other rights and claims in respect of such amounts. |
|---|---|
| d) | The Buyer warrants and represents that the Vessel is employed at all times in full compliance with all trade sanctions, foreign trade controls, export controls, non-proliferation, anti-terrorism and similar laws, regulations, decrees, ordinances, orders, demands, requests, rules or requirements issued or enacted by the United States of America, the United Nations, the European Union and/or Singapore ("Trade Sanctions"). |
| e) | In particular, the Buyer warrants and represents that: |
| | (i) Neither the Buyer nor the Vessel are included on the Specially Designated Nationals and Blocked Persons List published and amended from time to time by OFAC or the equivalent lists published by the European Union and Singapore (collectively, "Sanctions Lists"); |
| | (ii) Neither the Buyer nor the Vessel are owned or controlled or acting for or on behalf of any individual or entity which is included on any Sanctions List; |
| | (iii) No individual or entity with any interest in any cargo on board the Vessel is included on any Sanctions List; and |
| | (iv) Every cargo carried on board the Vessel can be loaded, carried and discharged without infringing any Trade Sanctions. |
| | Each of (i)-(iv) above shall be known as the "Sanctions Warranties" |
| f) | The Buyer shall at the request of the Seller, provide bills of lading, seaway bills or other applicable documentation evidencing carriage of any cargo on board the Vessel (the "Relevant Documentation"). |
| g) | If in the reasonable opinion of the Seller the Sanctions Warranties provided by the Buyer are inaccurate or the Buyer fails to provide the Relevant there is a risk that payment by the Buyer for any invoiced amount under the Contract may be delayed and/or confiscated by any bank, financial institution, regulator or governmental entity the Seller shall be entitled to: |
| | (i) Terminate the Contract without liability; or |
| | (ii) Change the currency of the Contract to a currency other than United States Dollars. |
| h) | The Seller shall not be obliged to perform any obligation otherwise required by the Contract including any obligation to perform, deliver, accept, sell, purchase, pay or receive monies to, from, or through a person or entity, or engage in any other acts if this would be in violation of, inconsistent with, or expose the Seller to punitive measures under, any Trade Sanctions. |
| i) | The Buyer shall indemnify and hold the Seller harmless for non-compliance by the Buyer or the Vessel of the Additional Terms set out above, insofar as they relate to Trade Sanctions. |
| j) | Where the Buyer has ordered Marine Fuels above the sulphur limits set out in the MARPOL Annex VI but fails to provide upon Seller's request either (i) an Abatement Technology Notification in accordance with Clause 3 of Peninsula Petroleum Limited's terms and conditions of sale, or (ii) a valid Fuel Oil Non-Availability Report (FONAR), then Seller shall not be obliged to perform the delivery and shall be entitled in its sole discretion to terminate the Contract with immediate effect upon notice to the Buyer, and the Buyer shall indemnify the Seller in accordance with Clause 6(b) of Peninsula Petroleum Limited's terms and conditions of sale. |

We thank you for this order

Best Regards,
Peninsula Petroleum Limited