

PROPIETARIO DEL PRODUCTO - PENINSULA PETROLEUM S.L.
Avenida Océano Atlántico nº 44, Parcela IT2.11
Parque Tecnológico y Empresarial Las Marismas de Palmones
CP 11379 Palmones, Los Barrios (Cádiz) Spain  Tel: +34 956 668 968
Email: bunkers@peninsulapetroleum.com  NIF: B11905163
AUTORIZACION No ESSDE02018000193 - EXPORTACION SIMPLIFICADA

## BUNKER DELIVERY NOTE

| DEPENDENCIA SUMINISTRADORA / BUNKER INSTALLATIONS | N.I.F. | Nº CAE | FECHA SUMINISTRO / DELIVERY DATE | Nº BDN / BDN Nº |
|---|---|---|---|---|
| PETROLOGIS CANARIAS S.L. | B-76012277 | ESVA350000028 | 17/09/2020 | 2020 149464 |
| PORT / PUERTO | | PUNTO DE ENTREGA / SUPPLY POINT | | Nº RECIBO / RECEIPT Nº |
| LAS PALMAS | | FONDEO | | 149464 |
| NOMBRE DEL BUQUE / VESSEL'S NAME | | Nº IMO / IMO NUMBER | BANDERA / FLAG | PUERTO |
| ORATORIO | | 9687679 | PANAMA | PANAMA |
| DESTINATION | PAIS / COUNTRY | ARMADOR / OWNER | | |
| ORDERS | WEST AFRICA | CYGNUS LINE SHIPPINH SA | | |
| CLIENTE / CUSTOMER | | N.I.F. | CONSIGNATARIO / PORT AGENT | N.I.F. |
| PENINSULA PETROLEUM LTD | | IE6398557E | MH BLAND | B 92133297 |

| BARGES | X | BARGES | | PIPE LINE | | TANK TRUCK | | OTHERS | |
|---|---|---|---|---|---|---|---|---|---|
| | 001 | PATAGONIA 100 9350252 | | | 002 | | 003 | | 004 |

| PRODUCTS / PRODUCTOS CODIGO ADUANERO / CN CODE | SUBJECT EPIGRAFE | SUPPLIED QUANTITIES CANTIDADES SUMINISTRADAS MT | m³ @ 15ºC | DENSITY DENSIDAD kg/m³ @ 15ºC in air | VISCOSITY cSt VISCOSIDAD cSt | %SULPHUR % AZUFRE (% m/m) | FLASH POINT ºC INFLAMABILIDAD ºC |
|---|---|---|---|---|---|---|---|
| VLSFO 27101966 | 1.5 | 199.643 | 214.026 | 932.8 | 129.6 | 0.490 | 107.0 |

**Declaration of Supplier's Representative:**
The supplier (or its representative) hereby declares that the fuel oil supplied is in conformity with regulation 18.3 of the Revised MARPOL 73/78 Annex VI (the "Annex") and the sulphur content of the fuel oil supplied does not exceed *
[X] the limit value given by regulation 14.1 of the Annex; (Applicable for 3.5% sulphur fuel oil, reduced to 0.5% from 1 January 2020)
[ ] the limit value given by regulation 14.4 of the Annex; or (Applicable to 0.1% sulphur gas oil and low-sulphur fuel oil)
[ ] the buyer's specified limit value of ___ (% m/m), as completed by supplier (or its representative) and on the basis of the buyer's notification that the fuel oil is intended to be used:
(1) in combination with an equivalent means of compliance in accordance with regulation 4 of the Annex; or
(2) is subject to a relevant exemption for a ship to conduct trials for sulphur oxides emission reduction and control technology research in accordance with regulation 3.2 of the Annex.
* The declaration shall be completed by the suppliers (or its representative) by marking the applicable box(es) with a cross (x).

### TIME SHEET

| | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE | | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCKED / ANCHORED | 2020 | 9 | 17 | 19 | 48 | COMPLETED | 2020 | 9 | 17 | 23 | 0 |
| CONNECTED | 2020 | 9 | 17 | 21 | 45 | DISCONNECTED | 2020 | 9 | 17 | 23 | 30 |
| COMMENCED | 2020 | 9 | 17 | 21 | 50 | BARGE / TRUCK OVERTIME | | HORAS / HOURS | | | |

### BLENDING

| | | Tm OF | | | | | Tm OF |
|---|---|---|---|---|---|---|---|
| IFO | cSt | Tm OF | | IFO | cSt | | Tm OF |
| | | Tm OF | | | | | Tm OF |

Recibida la/s cantidad/es indicada/s para consumo en buque que no realiza navegación privada de recreo, junto con la/s muestra/s representativa/s y Marpol del/de los producto/s.
Received on board the stated quantity/ies to be used as bunker in commercial shipping, together with representative and Marpol sample/s.

FIRMA DEL CAPITAN Y SELLO DEL BUQUE / MASTER'S SIGNATURE AND VESSEL'S STAMP

JOHN PAUL P. VEGA
CHIEF ENGINEER
(M.V. ORATORIO stamp)

FIRMA RESPONSABLE SUMINISTRO / SUPPLIER'S REPRESENTATIVE SIGNATURE
CARGO OFFICER
TSIMPIDIS NIKOLAOS
(PATAGONIA 100 IMO 9350252 stamp)

| | VLSFO | MGO | REMARKS |
|---|---|---|---|
| MUESTRA BUQUE / SHIP'S SAMPLE PRECINTO NUMERO / SEAL NUMBER | 92747 | | |
| MUESTRA SUMINISTRADOR / SUPPLIER'S SAMPLE PRECINTO NUMERO / SEAL NUMBER | 92748 | | |
| MUESTRA CUSTODIA / SUPPLIER'S CUSTODY SAMPLE PRECINTO NUMERO / SEAL NUMBER | 92749 | | |
| MUESTRA MARPOL 73/78 / MARPOL 73/78 SAMPLE PRECINTO NUMERO / SEAL NUMBER (*** See Below) (MUESTRA PARA EL BUQUE / VESSEL'S SAMPLE) | 138173 | | |
| MUESTRA MARPOL 73/78 / MARPOL 73/78 SAMPLE PRECINTO NUMERO / SEAL NUMBER (*** See Below) (MUESTRA DEL SUMINISTRADOR / SUPPLIER'S SAMPLE) | 138174 | | |

*** The Marpol sample is to be kept under the ship's custody at least 12 months / La muestra Marpol debe ser retenida a bordo al menos 12 meses
El Vendedor no está vinculado por los términos y condiciones de la póliza de fletamento del buque, no se admiten sellos o cartas de protesta que impidan el embargo del buque incluidas o que se puedan incluir en los documentos de entrega de combustible del buque.
Seller shall not be bound neither by Buyer's charterparty terms nor by any No Lien stamps or any wording similar in nature and/or meaning on any document including but not limited to bunker delivery receipts.

EXHIBIT 3
tabbies