

**Peninsula Petroleum Limited**

2 Shelbourne Buildings, Shelbourne Road, Ballsbridge , Dublin 4, Ireland,
Tel : +353 1 668 7330,  Fax : +353 1 668 7331,
Email : dublin@peninsulapetroleum.com

**www.peninsulapetroleum.com**

| | | | |
|---|---|---|---|
| MESSRS | United Bulk Carriers International S.R.L. | Invoice No : | **10I159470** |
| | **Piazza della Vittoria 9/1,** | Date : | **17 September 2020** |
| | Genova, | | |
| | 16121, | | |
| | Italy | | |

And/or master and/or owner of MV   **Oratorio**

Vessel Name :   **Oratorio**
Delivery Date :   **17 September 2020**
Delivery Port :   **Las Palmas**

| Item | Description | Quantity | UOM | Unit Price / UOM | Amount USD |
|---|---|---|---|---|---|
| VLSFO | basis ISO 8217:2017 RMG380 (sulphur max 0.50%) | 199.643 | MT | 295.000 / MT | 58,894.69 |
| Barging | | | | | 1,500.00 |
| | | | | **Total Amount Due :** | **60,394.69** |

**Payment Due:  16 November 2020**

We hereby provide notice to you that we have assigned by way of security or charged by way of security to RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor RBS Invoice Finance Limited in this role), all amounts owing or to be owed to us by you under:

(a) the Contract between us and you pursuant to which this invoice arises; and (b) any other trade contracts between us and you (however described) relating to (i) bunkering and trading activities; and/or (ii) the sale, purchase and/or delivery of petroleum products), and all other rights and claims in respect of such amounts. You are authorised and instructed without further obligation to us to pay all amounts payable under this invoice without any deduction, set-off or counterclaim whatsoever, free of bank charges and in cleared funds to the following account with RBS Invoice Finance Limited:

Account Name: Peninsula Petroleum Limited
US Dollar Account Number: 70664986
Bank Name: National Westminster Bank Plc
Bank Swift/BIC: NWBKGB2L
IBAN: GB65NWBK60730170664986

Correspondent Bank: JP Morgan Chase
Correspondent Swift/BIC: CHASUS33
Correspondent Address: 4 New York Plaza, NY10004, New York, United States of America

Any amendment to these payment instructions may not be made without the express written consent of RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor of RBS Invoice Finance Limited in this role).

VAT Registration Number: IE 6398557E
In the event of late payment we reserve the right to charge interest at 2 per cent per thirty day period, and pro rata for any part thereof.



EXHIBIT
4
tabbies