# Dave Carrigee

| | |
|---|---|
| **From:** | Operations UBCI <ops@ubci.it> |
| **Sent:** | Thursday, October 08, 2020 2:21 AM |
| **To:** | admin@peninsulapetroleum.com |
| **Subject:** | Pre-bankruptcy composition plan |



EXHIBIT 5

To : Peninsula Petroleum Limited
Fm : United bulk Carriers International S.R.L.

Ref : Pre-bankruptcy composition plan

Dear Sirs, good day .

UNITED BULK CARRIERS INTERNATIONAL S.R.L. is arranging a pre-bankruptcy composition plan,
in the best interest of its creditors and aimed at the winding-up of the company and at
orderly conducting the work-out of its assets. Such plan will be submitted to its creditors,
in order to reach an agreement among them (the "Concordato"), although Article 160 of the
Italian Bankruptcy Law provides that the Concordato proposal shall have to grant the payment
of at least 20% of the unsecured creditors' claims.

On October, 6th, 2020, in order to gain more time to prepare a viable Concordato proposal,
the Company has filed to the Bankruptcy Court of Genoa a petition under Article 161, c. 6
of the Italian bankruptcy law, submitting the application for the composition with creditors
but postponing the filing of the proposal, the plan and the documents to be annexed thereto
within a deadline which will be fixed by the delegated judge (from 60 to 120 days).
During such period, creditors are prohibited to start or continue enforcement and
foreclosure proceedings over the Company's assets. Such automatic stay will be
extended for the whole period of the procedure if UNITED BULK CARRIERS INTERNATIONAL S.R.L.
will be admitted to the Concordato.
Therefore, from October, 6th, 2020, the creditors are no longer entitled to initiate or
continue enforcement procedures against the assets of the Company. If such an initiative
is taken (or the procedure is continued), the action is null and void.

It will be our duty to promptly inform you, about the finalization of the recovery plan
and the submitting of the proposal for the agreement among creditors.


Best regards,
United bulk Carriers International S.R.L.