# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PENINSULA PETROLEUM, LTD.** | **CIVIL ACTION NO. 2:20-cv-02987** |
| **VERSUS** | **SECTION " " MAG. DIV. ( )** |
| **M/V ORATORIO, IMO No. 9687679,** her engines, boilers, tackle, furniture, apparel, etc., including 199.643 MT of VLSFO Bunkers aboard M/V ORATORIO, *in rem* | **DISTRICT JUDGE:** **MAGISTRATE JUDGE:** |
| and | |
| **CYGNUS LINE SHIPPING SA,** *in personam* | |

## MOTION FOR ISSUANCE OF WARRANT OF ARREST AND WRIT OF ATTACHMENT OF VESSEL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Peninsula Petroleum, Ltd. ("Peninsula Petroleum"), and upon suggesting to the Court that:

1.

Suit has been filed herein by Peninsula Petroleum to assert an *in rem* claim, maritime lien, and requesting a writ of attachment of the M/V ORATORIO, IMO No. 9687679, an ocean going Bulk Carrier, arriving within this district and the jurisdiction of this Court at the Southwest Pass, Plaquemines Parish, Louisiana, ETA 1700 hours, November 5, 2020; and

2.

That it is necessary that a Warrant of Arrest and Writ of Attachment issue by this Honorable Court to arrest the M/V ORATORIO and 199.643 metric tons of VLSFPO Bunkers above the M/V ORATORIO to bring the *res* into the jurisdiction of the Court and to secure the claims of Peninsula Petroleum herein; and

3.

It appearing that the basis for a Writ of Attachment and a Warrant of Arrest pursuant to Rules C and D of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist;

Accordingly, Plaintiff, Peninsula Petroleum, Ltd., moves this Honorable Court to issue the attached Warrant of Arrest and Writ of Attachment commanding the United States Marshal to arrest the M/V ORATORIO in connection with these proceedings.

RESPECTFULLY SUBMITTED:

*/s/David L. Carrigee*
**DAVID L. CARRIGEE (#3892), T.A.**
**WILLIAM B. SCHWARTZ (#11854)**
**BALDWIN HASPEL BURKE & MAYER, LLC**
Energy Centre – Suite 3600
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Facsimile: (504) 569-2099
Email: dcarrigee@bhbmlaw.com
Email: wschwartz@bhbmlaw.com
**Attorneys for Plaintiff,**
**Peninsula Petroleum, Ltd.**