## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PENINSULA PETROLEUM, LTD.** | * | **CIVIL ACTION NO. 2:20-cv-02987** |
| | * | |
| **VERSUS** | * | **SECTION " "  MAG. DIV. ( )** |
| | * | |
| **M/V SIBERIAN EXPRESS, her engines,** | * | **DISTRICT JUDGE:** |
| boilers, tackle, furniture, apparel, etc., | * | |
| *in rem*, and LALEMANT NV, *in personam* | * | **MAGISTRATE JUDGE:** |

### STIPULATION REGARDING MOVEMENT OF VESSEL AND INDEMNITY TO THE UNITED STATES AND MARSHAL

**NOW COMES** Plaintiff, Peninsula Petroleum, Ltd., and stipulates that in the event it becomes necessary to move M/V SIBERIAN EXPRESS from her present berth at Southwest Pass, Plaquemines Parish, Louisiana, to some other safe berth or anchorage, Plaintiff, Peninsula Petroleum, Ltd., will hold the United States and the Marshal harmless and will indemnify the United States and the Marshal from all damages, costs and expenses arising therefrom.

RESPECTFULLY SUBMITTED:

*/s/David L. Carrigee*
**DAVID L. CARRIGEE (#3892), T.A.**
**WILLIAM B. SCHWARTZ (#11854)**
**BALDWIN HASPEL BURKE & MAYER, LLC**
Energy Centre – Suite 3600
1100 Poydras Street
New Orleans, LA  70163
Telephone:  (504) 569-2900
Facsimile:   (504) 569-2099
Email: dcarrigee@bhbmlaw.com
Email: wschwartz@bhbmlaw.com
**Attorneys for Plaintiff,**
**Peninsula Petroleum, Ltd.**

{B1715123.1}