# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PENINSULA PETROLEUM, LTD.** | **CIVIL ACTION NO. 2:20-cv-02987** |
| **VERSUS** | **SECTION " " MAG. DIV. ( )** |
| **M/V ORATORIO, IMO No. 9687679,** her engines, boilers, tackle, furniture, apparel, etc., including 199.643 MT of VLSFO Bunkers aboard M/V ORATORIO, *in rem* | **DISTRICT JUDGE:** **MAGISTRATE JUDGE:** |
| and | |
| **CYGNUS LINE SHIPPING SA,** *in personam* | |

## STIPULATION FOR COSTS

WHEREAS, a Complaint was filed in the Court on the 4th day of November, 2020 by Peninsula Petroleum, Ltd. against M/V ORATORIO, IMO No. 9687679, her engines, boilers, tackle, furniture, apparel, appurtenances, etc., 199.643 Metric Tons of VLSFO Burnkers *in rem*, and Cygnus Line Shipping S.A. *in personam*, praying it be paid for its claim, plus interest, attorneys' fees, surveyors' fees, costs, expenses and disbursements out of the proceeds of the sale of the vessel and the said Peninsula Petroleum, Ltd., as surety, consents and agrees that in the case of default on the part of it, execution may issue against its goods, chattel and lands for the sum of FIVE HUNDRED AND NO/100 ($500.00) DOLLARS.

NOW, THEREFORE, Peninsula Petroleum, Ltd. does hereby deposit into the registry of the Court the sum of FIVE HUNDRED AND NO/1OO DOLLARS ($500.00) conditioned that it shall pay all costs and expenses which shall be awarded against it by final decree of this Court or on appeal by the Appellate Court.

{B1715126.1}

New Orleans, Louisiana, this 4th Day of November, 2020.

            */s/David L. Carrigee*
            **ATTORNEY-IN-FACT**