# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PENINSULA PETROLEUM, LTD.** | **CIVIL ACTION NO. 2:20-cv-02987** |
| **VERSUS** | **SECTION "E"  MAG. DIV. ( 5 )** |
| **M/V ORATORIO, IMO No. 9687679,** her engines,  boilers, tackle, furniture, apparel, etc.,  including 199.643 MT of VLSFO Bunkers aboard  M/V ORATORIO,** *in rem* | **DISTRICT JUDGE: MORGAN**<br><br>**MAGISTRATE JUDGE: NORTH** |
| **and** | |
| **CYGNUS LINE SHIPPING SA,** *in personam* | |

### ORDER FOR ISSUANCE OF WARRANT FOR MARITIME ARREST AND WRIT OF ATTACHMENT

Upon considering the above and foregoing Motion, Complaint, and Verification of Complaint in this matter, and it appearing that the conditions for an arrest and attachment exist;

**IT IS HEREBY ORDERED:**

(1) The Clerk of Court is authorized and directed to issue a warrant of arrest and writ of attachment for the M/V ORATORIO;

(2) The United States Marshal for the Eastern District of Louisiana is ordered to:

(a) Seize the M/V ORATORIO, her engines, boilers, tackle, furniture, apparel, appurtenances, etc. and 199.643 metric tons of bunkers;

(b) Serve a copy of the Complaint and the Warrant for the Seizure on the person in possession of the ship or its agent; and

(c) Return the Warrant promptly;

(3) Normal operations, including cargo, may continue aboard the vessel and, at the risk and expense of the vessel's interest, it may shift to another berth on the Mississippi River, but always to remain within the jurisdiction of this Court;

(4) Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel;

(5) Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising out of the movement of the defendant vessel;

(6) Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising out of the cargo loading/unloading operations of the defendant vessel;

(7) The vessel may be released from seizure without a further order of this Court if:

    (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release; and,

    (b) the attorney files the consent; and,

    (c) the Court has not entered an order to the contrary.

**New Orleans, Louisiana, this 4th day of November, 2020.**

_____
**UNITED STATES DISTRICT JUDGE**